IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| ATLANTIC COAST PIPELINE, LLC, <br> *Plaintiff,* <br> v. <br><br> 3.13 ACRES, MORE OR LESS, IN HALIFAX COUNTY, NORTH CAROLINA *et al.*, <br> *Defendants.* | ) ) ) ) ) ) ) ) | No. 4:18-CV-35-BO |
| ATLANTIC COAST PIPELINE, LLC, <br> *Plaintiff,* <br> v. <br><br> 0.06 ACRES, MORE OR LESS, IN HALIFAX COUNTY, NORTH CAROLINA *et al.*, <br> *Defendants.* | ) ) ) ) ) ) ) ) | No. 4:18-CV-67-BO |

## ORDER

In light of the duration of the stay previously entered in these matters and the recent entry of an order setting discovery and motions filings deadlines, plaintiff's motion for partial summary judgment is hereby DENIED WITHOUT PREJUDICE with permission to refile within the time for filing dispositive motions as set forth in the scheduling order. If appropriate, plaintiff may refile its motion and incorporate by reference its previously filed memorandum and exhibits in support.

SO ORDERED, this 9 day of March 2020.

TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE